**STEPHEN C. DRIES
U.S. MAGISTRATE JUDGE**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

_____ Division

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2024 SEP 16 A 10:11

CLERK OF COURT

| | |
|---|---|
| L.C Cain <br> Lance Cain Jr. <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> County Of Milwaukee, Attorney Mark Rogers, Genworth Life And Annuity, and Administrative Law Judge Tamara J. Dodge <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. **24 CV 1173** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | L.C Cain |
| Address | W139N7083 Brentwood Dr. |
| | Menomonee Falls, WI, 53051 |
| County | Waukesha |
| Telephone Number | 414-745-9827 |
| E-Mail Address | lewiscain66@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | County of Milwaukee |
| Job or Title (if known) | |
| Address | 901 N. 9th St. Room #307 |
| | Milwaukee, WI, 53233 |
| County | Milwaukee |
| Telephone Number | 414-278-4300 |
| E-Mail Address (if known) | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mark Rogers |
| Job or Title (if known) | Attorney |
| Address | 758 Milwaukee St. Suite 615 |
| | Milwaukee, WI, 53202 |
| County | Milwaukee |
| Telephone Number | 414-300-9492 |
| E-Mail Address (if known) | |

☑ Individual capacity   ☐ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Genworth Life And Annuity |
| Job or Title *(if known)* | Insurance Carrier |
| Address | PO BOX 2000 |
| | Lynchburg, VA 24506 |
| | *City State Zip Code* |
| County | Campbell |
| Telephone Number | 888-322-4629 |
| E-Mail Address *(if known)* | LTCCustomerService@genworth.com |

[ ] Individual capacity  [✓] Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Tamara J. Dodge |
| Job or Title *(if known)* | Administrative Law Judge |
| Address | PO BOX 7922 |
| | MADISON, WI 53707 |
| | *City State Zip Code* |
| County | |
| Telephone Number | 608-266-7709 |
| E-Mail Address *(if known)* | DHAWCMAIL@WISCONSIN.GOV |

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
- 14th Amendment Right I Due Process and Equal Protection
- Section 18 Title 242 I Deprivation of Rights Under the Color Of the Law
- Title 18, U.S.C., Section 241 I Conspiracy Against

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Attorney Mark Rogers and Gerald Pagel (Corporation Counsel) made a false statement to the Wisconsin Worker's Compensation Department to postpone a hearing, depriving me of my rights. Attorney Rogers also testified against me in a later hearing despite attorney-client privilege.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Milwaukee, Wisconsin

B. What date and approximate time did the events giving rise to your claim(s) occur?
1. April 30, 1986
2. January 13, 1987
3. December 22, 1989
4. May 4, 1990
5. May 20, 1991

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
SEE ATTACHED FORM

Page 4 of 6

Case 2:24-cv-01173-PP    Filed 09/16/24    Page 4 of 7    Document 1

## C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?

## Was anyone else involved? Who else saw what happened?)

1. April 30 1986 - I filed an Equal Rights discrimination claim against the County of Milwaukee on the basis of my sex, race, and age. All Veterans received points based on the years of service. Due to my service in the Marines and the fact that I had a service connected disability, I was eligible for verterans points. The County of Milwaukee did not give me credit for veteran points and did not consider me for a position that I was equally eligible for.

2. January 13 1987 - The Equal Right Division found probable cause that the County of Milwaukee discriminated against me.

3. December 22, 1989 - The County Of Milwaukee admitted that they discriminated against me by giving veterans points to several male white employees while not giving me my veterans points.

4. May 4, 1990 - My former attorney Mark Rogers and Corporation Counsel Gerald Pagel requested a postponement and stay of a Worker's Compensation hearing in order to wait to see if " claims of employment discrimination were valid in order to decide primary liability". In December 22 1989, the County Of Milwaukee already admitted to employment discrimination. Rogers and Pagel had no basis for requesting a stay since there was more than enough information to make a determination.

5. May 20, 1991 - Corporation Counsel Gerald Pagel required me to be examined by Dr. Crowley to determine if I was permanently disabled. Dr. William Crowley determined that the discrimination that I received caused me to be permanently disabled.

6. September 11, 1991 - Milwaukee County purchased an annuity through Genworth Insurance without any valid contract or compromise agreement in place. I've since requested a copy of contract Genworth and from the County of Milwaukee but I have not received anything validiting a compromise agreement.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I developed permanent depression due to the discrimination. I've recieved two medical evalutations that have provided confirmation.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request to be compensated for each year (35 years) I was denied of my constitutional rights. I'm requesting 35 million dollars in total (1 million dollars for each year).

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/08/2024

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Lewis Cain   *Lance Cain Jr.*

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

*City    State    Zip Code*

Telephone Number:
E-mail Address: